# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tennant Company,
a Minnesota coproration

Case No. Civil 02-411 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

v.

National Building Maintenance Company
Inc., a Puerto Rico corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss for lack of Personal Jurisdiction is GRANTED.

DATE: June 28, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk